Dominique Muhammad **SALAAM–X**, a/k/a Alfred D. Clifton, Plaintiff-Appellant,

v.

Jim **PENDERGRAPH**; N. Carter, Deputy Sheriff, Defendants–Appellees.

No. 03–6559.

United States Court of Appeals, Fourth Circuit.

Submitted June 12, 2003.

Decided June 19, 2003.

Dominique Muhammad Salaam–X, Appellant Pro Se.

Before WIDENER, LUTTIG, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Dominique Muhammad Salaam–X appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Salaam–X v. Pendergraph,* No. CA–03–37–3–MU–02 (W.D.N.C. Mar. 18, 2003). We deny Salaam–X's motion for oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*